HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANTONIO BANKHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTONIO BANKHEAD,<br><br>　　　　Defendant. | NO. 2:14-cr-00292-TLN<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE:　　January 8, 2015<br>TIME:　　9:30 a.m.<br>JUDGE:　Hon. Troy L. Nunley |

　　　It is hereby stipulated and agreed to between the United States of America through OLUSERE OLOWOYEYE, Assistant U.S. Attorney and defendant ANTONIO BANKHEAD by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for December 4, 2014 be continued to January 8, 2015 at 9:30 a.m.

　　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　　The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

DATED: December 1, 2014                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Benjamin Galloway*
                                           BENJAMIN GALLOWAY
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           ANTONIO BANKHEAD

DATED: December 1, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           */s/ Olusere Olowoyeye*
                                           OLUSERE OLOWOYEYE
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including January 8, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered that the December 4, 2014, status conference shall be continued until January 8, 2015, at 9:30 a.m.

DATED: December 1, 2014

                                           _____
                                           Troy L. Nunley
                                           United States District Judge