HEATHER E. WILLIAMS, #122664
Federal Defender
Benjamin D. Galloway, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
benjamin.galloway@fd.org

Attorneys for Defendant
Antonio Bankhead

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:14-cr-00292-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ANTONIO BANKHEAD, | DATE: February 26, 2015 |
| | TIME  9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Olusere Olowoyeye, Assistant United States Attorney, attorney for Plaintiff, and Benjamin D. Galloway, Assistant Federal Defender, attorney for Antonio Bankhead, that the status conference scheduled for February 5, 2015 be vacated and be continued to February 26, 2015 at 9:30 a.m.

The parties have reached an agreement to resolve the case, but require additional time to prepare, review and submit the plea agreement.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 26, 2015, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

| | | |
|---|---|---|
| DATED: February 3, 2015 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Benjamin D. Galloway*<br>Benjamin D. Galloway<br>Assistant Federal Defender<br>Attorney for Antonio Bankhead |
| DATED: February 3, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Benjamin D. Galloway for*<br>Olusere Olowoyeye<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 26, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the February 5, 2015 status conference shall be continued until February 26, 2015, at 9:30 a.m.

Dated: February 3, 2015

Troy L. Nunley
United States District Judge

*Stipulation and Order to Continue Status Conference*