UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIO BANKHEAD,<br><br>    Defendant. | No. 2:14-cr-00292-TLN<br><br>**NOTICE OF RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIO TAWAN BANKHEAD,<br><br>    Defendant. | No. 2:19-cr-00207-GEB |

    The Court has reviewed the Government's Notice of Related Cases, filed December 2, 2019. (ECF No. 30.) Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Under Local Rule 123, two actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact

and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

In February 2015, Defendant pleaded guilty to possessing a firearm as a felon in violation of 18 U.S.C. §922(g)(1) in Case No. 2:14-cr-00292-TLN. This Court sentenced Defendant to a term of 37 months imprisonment, followed by a 36-month term of supervised release. On October 11, 2019, Defendant robbed someone at gunpoint while on supervised release. Probation filed a petition to revoke Defendant's supervised release in Case No. 2:14-cr-00292-TLN, and a federal grand jury returned a one-count indictment against Defendant in Case No. 2:19-cr-00207-GEB for the same conduct.

Based on the foregoing, Defendant's two cases should be related under Local Rule 123 because the cases are based on the same transaction or event, involve the same parties, are based on the same or similar claims, and involve similar questions of fact and law. The Court finds there is sufficient overlap in both cases to merit relating them, and assignment to the same Judge will save judicial resources and effort.

IT IS THEREFORE ORDERED that the action denominated 2:19-cr-00207-GEB be reassigned to District Judge Troy L. Nunley, and the caption shall read 2:19-cr-00207-TLN. Any dates currently set in 2:19-cr-00207-GEB are hereby VACATED. The Clerk of the Court shall make appropriate adjustment of cases to compensate for this reassignment.

Dated: December 13, 2019

_____
Troy L. Nunley
United States District Judge